FILED: NASSAU COUNTY CLERK 06/23/2021 12:39 PM         INDEX NO. 607893/2021
NYSCEF DOC. NO. 1    Case 9:21-cv-03782   Document 1-2   Filed 07/06/21   Page 1 of 7 PageID #: 7     RECEIVED NYSCEF: 06/23/2021

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NASSAU<br>------------------------------------------------------------------------X<br>DENISE LEONARD,<br><br>          Plaintiff,<br><br> -against-<br><br>CVS PHARMACY, INC.,<br><br>          Defendant.<br>------------------------------------------------------------------------X | INDEX#<br><br>DATE FILED:<br><br>Plaintiff designates County of Nassau as the place of trial.<br><br>The basis of venue is Plaintiff's residence.<br><br>**SUMMONS**<br>Plaintiff's address:<br>85 Gold Place<br>Malverne, NY 11565 |

To the above named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney, within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Levittown, New York
   June 23, 2021

                 THE LATRONICA LAW FIRM, P.C.
                 Attorneys for Plaintiff
                 64 Division Avenue, Suite 107
                 Levittown, NY 11756-2995
                 (516) 796-9700

             By: *Robert R. Latronica, Jr.*
               ROBERT R. LATRONICA, JR., ESQ.

**Defendants' Address:**

CVS PHARMACY, INC.
28 Liberty Street
New York, NY 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------X
DENISE LEONARD,

                Plaintiff,

  -against-

CVS PHARMACY, INC.,

                Defendant.
-----------------------------------------------------------------------X

**Index No.:**

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, THE LATRONICA LAW FIRM, P.C., complaining of the defendant, upon information and belief and at all times hereinafter mentioned, respectfully states and alleges that:

1. Plaintiff, DENISE LEONARD, is a resident of the County of Nassau, State of New York.

2. Defendant, CVS PHARMACY, INC., is a domestic corporation, organized and existing by virtue of laws of the State of New York.

3. Defendant CVS PHARMACY, INC. is a foreign corporation authorized to do business in the State of New York.

4. Defendant CVS PHARMACY, INC. is a sole proprietorship authorized to do business in the State of New York.

5. Defendant CVS PHARMACY, INC. is a domestic partnership organized and existing pursuant to the laws of the State of New York.

6. Defendant CVS PHARMACY, INC. is a limited liability corporation organized and existing pursuant to the laws of the State of New York.

7. On July 23, 2018, there existed a premises located at and known as 633 Merrick Road,

Lynbrook, New York 11563 (hereinafter "premises").

8. On July 23, 2018, defendant CVS PHARMACY, INC. owned the premises.

9. At said time, defendant CVS PHARMACY, INC. designed the aforesaid premises.

10. At said time, defendant CVS PHARMACY, INC. inspected the aforesaid premises.

11. At said time, defendant CVS PHARMACY, INC. managed the aforesaid premises.

12. At said time, defendant CVS PHARMACY, INC. maintained the aforesaid premises.

13. At said time, defendant CVS PHARMACY, INC. controlled the aforesaid premises.

14. At said time, defendant CVS PHARMACY, INC. repaired the aforesaid premises.

15. At said time, defendant CVS PHARMACY, INC. supervised the aforesaid premises.

16. At said time, defendant CVS PHARMACY, INC. made special use of the aforesaid premises.

17. At said time and place, plaintiff was lawfully present on the aforesaid premises.

18. At said time, the premises was in a dangerous, defective, broken, trap-like and hazardous condition.

19. Defendant allowed the premises to become and remain in a dangerous, defective, broken, trap-like and hazardous condition.

20. At the aforementioned time and place, plaintiff herein was caused to trip and fall due to the dangerous, defective, broken, trap-like and hazardous condition thereat.

21. As a result of the foregoing, plaintiff was injured.

22. As a result of the foregoing, plaintiff was seriously injured.

23. The aforementioned injuries were caused by the negligence, carelessness and recklessness of the defendant, their agents, servants, and/or employees in the ownership, design,

inspection, management, maintenance, control, repair, supervision and special use of the aforementioned premises.

24. One (1) or more of the exemptions set forth in CPLR Rule 1602 apply to this action.

25. By reason of the foregoing, plaintiff has been damaged in an amount in excess of the jurisdictional limitations of all the lower courts in which this matter might otherwise have been brought.

**WHEREFORE,** the plaintiff demands judgment against the defendant in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated:  Levittown, New York
        June 23, 2021

          THE LATRONICA LAW FIRM, P.C.
          Attorneys for Plaintiff
          64 Division Avenue, Suite 107
          Levittown, NY 11756-2995
          (516) 796-9700

By: *Robert R. Latronica, Jr.*
    ROBERT R. LATRONICA, JR., ESQ.

## **ATTORNEY'S VERIFICATION**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

     I, ROBERT R. LATRONICA, JR., ESQ., an attorney duly admitted to practice before the Courts of the State of New York, affirm the following to be true under the penalties of perjury:

     I am an attorney with THE LATRONICA LAW FIRM, P.C., attorneys of record for plaintiff, DENISE LEONARD. I have read the annexed:

### SUMMONS AND COMPLAINT

and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in the file regarding this case.

DATED:  Levittown, New York
          June 23, 2021


*Robert R. Latronica, Jr.*
ROBERT R. LATRONICA, JR., ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------------X
DENISE LEONARD,

                      Plaintiff,

  -against-

CVS PHARMACY, INC.,

                     Defendant.
------------------------------------------------------------------------X

Index No.:

==========================================================================

## SUMMONS AND COMPLAINT

==========================================================================

***THE LATRONICA LAW FIRM, P.C.***
*Attorneys for Plaintiff(s)*
*64 Division Avenue, Suite 107*
*Levittown, New York 11756-2995*
*T: (516) 796-9700*
*F: (516) 796-9702*

**Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.**

*Dated:*  Levittown, New York

                                                  ***THE LATRONICA LAW FIRM, P.C.***

                                                  *Robert R. Latronica, Jr.*
                                                  **BY:  ROBERT R. LATRONICA, JR., ESQ.**

*Service of a copy of the within                        is hereby admitted.*

*Dated:*

                                                       *Attorney For*

***PLEASE TAKE NOTICE***

| ( ) Notice of Entry | that the within is a (certified) copy of within named Court on            . | entered in the office of the clerk of the |
| --- | --- | --- |
| ( ) Notice of Settlement | that an order of which the within is a true copy will be presented for settlement to            at    a.m. | one of the Judges of the within Court on |

*Dated:*

                                                    ***THE LATRONICA LAW FIRM, P.C.***
                                                    ***BY:  ROBERT R. LATRONICA, JR., ESQ.***
                                                    *Attorneys for Plaintiff(s)*
                                                    *64 Division Avenue, Suite 107*
                                                    *Levittown, New York 11756-2995*
                                                    *T: (516) 796-9700*
                                                    *F: (516) 796-9702*